UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE PARKER STERLING, <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN COLVIN, <br> Commissioner of Social Security, <br><br> Defendant. | Case No. EDCV 13-1932 JAK(JC) <br><br> ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PROSECUTE |

On November 1, 2013, plaintiff Rose Parker Sterling ("plaintiff") filed a complaint in the above-captioned matter. On November 5, 2013, the Court issued a Case Management Order ("November Order") which directed plaintiff to serve the summons and complaint on defendant within 120 days of the filing of the complaint, *i.e.*, by March 1, 2014, in accordance with Rules 4(i) and 4(m) of the Federal Rules of Civil Procedure, by (1) serving the United States Attorney or his authorized agent personally at the United States Courthouse or by registered or certified mail addressed to the United States Attorney's Civil Process Clerk at the Office of the United States Attorney, Central District of California, Civil Division, Room 7516, Federal Building, 300 North Los Angeles Street, Los Angeles, California 90012; and (2) serving by registered or certified mail both the Commissioner of the Social Security Administration and the Attorney General of

1  the United States as required by Rule 4(i)(1)(B) of the Federal Rules of Civil
2  Procedure.  See November Order ¶ 2.  The November Order further directed
3  plaintiff to file a proof of service showing compliance with this paragraph by
4  March 1, 2014.  See November Order ¶ 2.  Finally, the November Order cautioned
5  plaintiff that the failure to effectuate proper service by March 1, 2014, might result
6  in the dismissal of the action without prejudice by reason of plaintiff's failure to
7  prosecute unless plaintiff could show good cause for extending the time for
8  service.  See November Order ¶ 2.  Although plaintiff's deadline to effectuate
9  service and to file proofs of service expired on March 1, 2014, plaintiff has to date
10 failed to file any proof of service.
11        Accordingly, IT IS HEREBY ORDERED, pursuant to Rule 4(m) of the
12 Federal Rules of Civil Procedure and Local Rule 41-1, that within fourteen (14)
13 days of the date of this Order, *i.e.*, by not later than **March 24, 2014**, plaintiff shall
14 show good cause in writing, if there be any, why service was not made on
15 defendant by March 1, 2014, and why this case should not be dismissed without
16 prejudice for failure to effectuate service, lack of prosecution, and/or failure to
17 comply with the November Order.  Failure timely to respond to this Order to Show
18 Cause or to show cause, may result in the dismissal of this action without
19 prejudice for failure to effectuate service, lack of prosecution, and/or failure to
20 comply with the November Order.
21        IT IS SO ORDERED.
22 DATED:  March 10, 2014

                                                    /s/
                                       _____
                                       Honorable Jacqueline Chooljian
                                       UNITED STATES MAGISTRATE JUDGE