1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT
9          CENTRAL DISTRICT OF CALIFORNIA
10
11  ROSE PARKER STERLING,                Case No. EDCV 13-1932 JAK (JC)
12                      Plaintiff,       JUDGMENT
13           v.
14  CAROLYN W. COLVIN, Acting
15  Commissioner of Social Security,
16                      Defendant.
17
18       IT IS HEREBY ADJUDGED that the decision of the Commissioner of
19  Social Security is AFFIRMED.
20
21       DATED: April 8, 2015
22
23       _____
24       HONORABLE JOHN A. KRONSTADT
         UNITED STATES DISTRICT JUDGE
25
26
27
28